Isaias Santos, III
TDCJ No. 1855998
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

May 8, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

RE: Motion for Extension of Time to File PDR
    Cause No. PD-0273-15

Dear Abel Acosta:

    I filed a Motion for Extension of Time to File a Petition for Discretionary review in the above Cause Number. On March 12, 2015, the motion was denied. When I mailed the motion, I sent and extra copy to be date stamped and returned to me. I included a SASE for the return mailing. To date I have not received the copy. Can you please check your records and send me a copy of the Motion date stamped? Thank you for your assistance in this matter. I look forward to hearing from you soon.

                                        Sincerely,

                                        Isaias Santos, III-Appellant
                                        Pro Se Representation

CC:
    Santos File